UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

ILIT RAZ,

Defendant.

**ORDER**

S1 24 Cr. 4 (AKH)

WHEREAS, with the consent of defendant Ilit Raz, the defendant's guilty plea allocution was taken before United States Magistrate Judge Willis on September 11, 2026;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to this Court;

WHEREAS, upon review of that transcript and the associated plea agreement, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily, that there was a factual basis for the guilty plea, and that the requirements of Fed. R. Crim. P. 11 were satisfied;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted. Sentencing is scheduled for: January 12, 2027 at 11:00 a.m.

**SO ORDERED.**

Dated: New York, New York
September 16, 2026

HONORABLE ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK